ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

ANDREW A. SMITH (NM Bar. 8341)
Senior Trial Attorney
c/o United States Attorneys Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone: (505) 224-1468
Facsimile: (505) 346-7205
andrew.smith@usdoj.gov

Attorneys for Federal Defendants


SCHIFF HARDIN LLP
BRUCE A. WAGMAN, ESQ. (CSB #159987)
bwagman@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRONT RANGE EQUINE RESCUE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOM VILSACK, Secretary of the U.S. Department of Agriculture, *et al.*,<br><br>    Defendants. | No. 4:13-cv-03034-YGR<br><br>[~~PROPOSED~~] SCHEDULING ORDER FOR PLAINTIFFS' JULY 2, 2013 MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 16] |

THIS MATTER came before the Court on a telephonic status conference with the parties on July 3, 2013. Having heard from the parties, the Court **ORDERS** as follows:

1

1. The Court will address Plaintiffs' July 2, 2013 "Motion For Temporary Restraining Order And Preliminary Injunction," ECF No. 16) as a motion for preliminary injunction.

2. Federal Defendants will file a response to Plaintiffs' motion for preliminary injunction no later than 12:00 p.m. (noon) PST on July 12, 2013.

3. Plaintiffs will file a reply to Federal Defendants' response no later than 12:00 p.m. (noon) PST on July 16, 2013.

4. The Court will hold a hearing on Plaintiffs' motion for preliminary injunction on July 19, 2013 at 10:00 a.m. PST.

5. Federal Defendants will file a motion to transfer venue by no later than July 8, 2013 at 5:00 p.m. PST.

6. Plaintiffs will file a response to Federal Defendants' motion to transfer venue by no later than July 11, 2013 at 5:00 p.m. PST.

7. Upon the filing of Plaintiffs' response brief, Federal Defendants' motion to transfer venue will be ripe for disposition by the Court.

**IT IS SO ORDERED.**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

APPROVED AS TO FORM:

For Defendants:

　/s/ Andrew A. Smith　　　　　.
ANDREW A. SMITH
U.S. Department of Justice

For Plaintiffs:

　/s/ Bruce A. Wagman　　　　　.
BRUCE A. WAGMAN
Schiff Hardin LLP